United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 17-13038-BR
Brian Adam Thompson                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2        User: admin          Page 1 of 1          Date Rcvd: Jul 03, 2017
                            Form ID: 318         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2017.
```
db             +Brian Adam Thompson,    1844 North Harvard Boulevard, #10,    Los Angeles, CA 90027-3895
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
37667631       +Bleier & Cox,    16130 Ventura Boulevard, Suite 620,    Encino, CA 91436-2568
37667635       +Equifax- Credit Bureau,    P.O. Box 740241,    Atlanta, GA 30374-0241
37667636       +Experian - Credit Bureau,    Corporate Headquarters,    475 Anton Boulevard,
                 Costa Mesa, CA 92626-7037
37667639       +MRS Associate, Inc,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
37667641       +Superior Court of California,    Case# 16A20940,    9425 Penfield Avenue, Suite 1200,
                 Chatsworth, CA 91311-6516
37667642       +Trans Union - Credit Bureau,    P.O. Box 2000,    Chester, PA 19022-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QSSLESLIE.COM Jul 04 2017 00:53:00      Sam S Leslie (TR),    3435 Wilshire Blvd., Suite 990,
                 Los Angeles, CA 90010-1998
smg             EDI: EDD.COM Jul 04 2017 00:53:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jul 04 2017 00:53:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
37667632        EDI: CAPITALONE.COM Jul 04 2017 00:58:00      Capital One,    15000 Capital One Drive,
                 Richmond, VA 23238
37667634       +EDI: CHASE.COM Jul 04 2017 00:58:00      Chase,    P.O. Box 94014,    Palatine, IL 60094-4014
37667633       +EDI: CHASE.COM Jul 04 2017 00:58:00      Chase,    Attention: Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
37667637       +EDI: CALTAX.COM Jul 04 2017 00:53:00      Franchise Tax Board,
                 Attention: Bankruptcy Department,    P.O. Box 942857,    Sacramento, CA 94257-0001
37667638       +EDI: IRS.COM Jul 04 2017 00:58:00      Internal Revenue Service,
                 Attention: Bankruptcy Department,    P.O. Box 7346,    Philadelphia, PA 19101-7346
37667640       +EDI: NAVIENTFKASMSERV.COM Jul 04 2017 00:53:00      Navient,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
37667643       +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV Jul 04 2017 00:55:52      United States Trustee,
                 Los Angeles Division,    915 Wilshire Boulevard, Suite 1850,    Los Angeles, CA 90017-3560
                                                                                              TOTAL: 10
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2017 at the address(es) listed below:
```
              Barry E Borowitz    on behalf of Debtor Brian Adam Thompson notices@blclaw.com,
               ecf@blclaw.com;borowitzclark1@gmail.com
              Sam S Leslie (TR)    sleslie@trusteeleslie.com,
               sleslie@ecf.epiqsystems.com;trustee@trusteeleslie.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brian Adam Thompson** | Social Security number or ITIN  **xxx–xx–9541** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **2:17–bk–13038–BR**

# Order of Discharge – Chapter 7                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian Adam Thompson

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 7/3/17

**Dated:** 7/3/17                                                                       **By the court:**   Barry Russell
                                                                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

                                                                                                                        8/AUT
                                                                                        **For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc         **Order of Chapter 7 Discharge**                       page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**                              page 2